JRS
F.# 2019R01709

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

IN RE: SEARCH OF
RESIDENTIAL PREMISES

P R O P O S E D   O R D E R

Case No. 19-MJ-881

- - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jonathan Siegel, for an order unsealing the above-captioned matter in its entirety.

WHEREAS, the search warrant and supporting affidavit in the above-captioned matter were previously ordered sealed to avoid disclosure of the government's investigation;

WHEREAS, the target of the investigation has now been arrested and charged by complaint;

WHEREAS, the government seeks to produce the search warrant and supporting affidavit to the defendant in discovery;

IT IS HEREBY ORDERED that the above-captioned matter in its entirety be unsealed.

Dated: Brooklyn, New York
       March 19, 2020

_____
HONORABLE RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK